**DENIED and Opinion Filed May 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-19-00335-CV**

_____

**IN RE HOPE CHARITIES, INC., Relator**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 18-13404**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Bridges

In this original proceeding, relator Hope Charities, Inc. complains of a February 10, 2019 order granting a Rule 202 deposition of relator's corporate representative. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown a clear abuse of discretion. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David L. Bridges/
_____
DAVID L. BRIDGES
JUSTICE

190335F.P05